UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-7351-BRO (SKx) | Date | November 1, 2018 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for S. Cal. v. Ver O'Roses Maintenance, Inc. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY JUDGMENT-DEBTOR ANNA MARIE ROSALES SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Having failed to appear on October 31, 2018, as ordered for a judgment debtor examination, Anna Marie Rosales, in her capacity as President for debtor Ver O'Roses Maintenance, is ordered to show cause why she should not be held in contempt for failure to appear and obey court orders.

**Anna Marie Rosales** is ordered to appear **in person** (with or without retained counsel) at **10 AM** on **November 21, 2018**, in **Courtroom 540** of the Roybal Federal Building and U.S. Courthouse, located at **255 E. Temple Street, Los Angeles**.

<u>Anna Marie Rosales may satisfy and discharge this order to show cause by contacting counsel for Plaintiff and appearing for a properly noticed judgment debtor examination by no later than November 21, 2018, unless Plaintiff's counsel agrees in writing to a later date.</u>

If Anna Marie Rosales agrees to a date for her judgment debtor examination, Plaintiff's counsel shall contact the Court clerk to schedule that examination, in which case the OSC hearing on November 21, 2018 may be converted into a debtor examination or vacated upon the noticed scheduling of an examination at a later date stipulated to by the parties.

**Anna Marie Rosales is warned that failure to appear as ordered or to comply with a court order may result in a finding of civil contempt and the issuance of an arrest warrant to be executed by the U.S. Marshals.**

Plaintiff's counsel shall promptly personally serve Anna Marie Rosales with a copy of this order and file proof of personal service with the Court within 24 hours of successful personal service.

**IT IS SO ORDERED.**